UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-21 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| SUSAN SIEGEL, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Boyar et al.*, case no. 2:17-cr-00021-JCM-EJY-7. Petitioner Susan M. Siegel ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 474). The court has examined the petition, construes petitioner's application as an ineffective-assistance-of-counsel claim, and finds that further briefing is appropriate. The United States of America ("respondent") shall file a response twenty-one days from the date of this order. Thereafter, petitioner will have fourteen days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 474) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

IT IS SO ORDERED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:20-cv-00384-JCM.

DATED February 26, 2020.

———————————————————
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**